Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, <br>     Plaintiff, <br><br> vs. <br><br> ASUSTEK COMPUTER INCORPORATED, a corporation of the Republic of China; and ASUS COMPUTER INTERNATIONAL, a California corporation, <br>     Defendants. | No. _____ <br> **COMPLAINT** <br> (Jury Trial Demanded) <br> FILED: OCTOBER 1, 2008 <br> 08CV5605 <br> JUDGE CASTILLO <br> MAGISTRATE JUDGE VALDEZ <br><br> TC |

Plaintiff Helferich Patent Licensing, L.L.C. ("HPL") complains against defendants ASUSTeK Computer Inc. and ASUS Computer International (hereinafter, collectively, "ASUS") as follows:

COMPLAINT - 1

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

1. This action arises under the Patent Laws of the United States, 35 United States Code. This Court has jurisdiction of this action under 28 U.S.C. § 1338(a).

2. This action was originally filed on September 10, 2008 and was given cause number 08-cv-5189, assigned to Judge Castillo. On September 22, 2008, Judge Castillo issued a minute entry dismissing the action without prejudice *sua sponte* for lack of jurisdiction and venue. *See* Dkt. 10. In that order, the Court invited plaintiff to refile with allegations establishing jurisdiction and venue by mid-December 2008, and granted permission for plaintiff to conduct discovery to gather the necessary facts.

Plaintiff Helferich Patent Licensing alleged in the initial complaint that defendants sold infringing product in this district, intending those allegations to establish both personal jurisdiction and venue, which are coextensive under 28 U.S.C. §§ 1391(c) and 1400(b). *See* ¶ 5, below. However, in compliance with Judge Castillo's order, HPL has alleged additional facts establishing jurisdiction and venue in ¶ 6, below.

3. HPL did not immediately re-file the Complaint because HPL was negotiating with Asustek for a resolution of the dispute reflected in the Complaint. On September 24, 2008, HPL had a lengthy teleconference with counsel for Asustek during which HPL understood that the parties had reached the outlines of a resolution. Asustek requested time to review the proposal with certain management personnel who were not then available. Unbeknownst to HPL, Asustek filed a declaratory judgment action against HPL the next day, September 25, 2008, in California. *See* <u>Asustek Computer Inc. and Asus Computer International v. Helferich Patent Licensing, L.L.C.. No. 08-4493</u>

COMPLAINT - 2

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

(U.S. District Court, N,D, Cal). HPL learned that the California action had been filed quite by chance.

4. Helferich Patent Licensing, L.L.C. is an Illinois limited liability company and the exclusive licensee of a portfolio of patents duly and legally issued to Richard J. Helferich for the inventions claimed therein, and relating to wireless communication and messaging, and the provision of media and content to wireless subscribers. Relevant issued patents include (collectively, the "Subject Patents"):

- U.S. Patent No. 7,403,787, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued on July 22, 2008;

- U.S. Patent No. 7,376,432, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued on May 20, 2008;

- U.S. Patent No. 7,280,838, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued October 9, 2007;

- U.S. Patent No. 7,277,716, titled "Systems and Methods for Delivering Information to a Communication Device," issued October 2, 2007;

- U.S. Patent No. 7,242,951, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued July 10, 2007;

- U.S. Patent No. 7,155,241, titled "Systems and Methods for Enabling a User of a Communication Device to Manage Remote Information," issued December 26, 2006;

- U.S. Patent No. 7,146,157, titled "Systems and Methods for Downloading

COMPLAINT - 3

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

Information to a Mobile Device," issued December 5, 2006;

- U.S. Patent No. 7,039,428, titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued May 2, 2006;

- U.S. Patent No. 7,003,304, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued February 21, 2006;

- U.S. Patent No. 6,983,138, titled "User Interface for Message Access," issued January 3, 2006;

- U.S. Patent No. 6,826,407, titled "System and Method For Integrating Audio and Visual Messaging," issued November 30, 2004;

- U.S. Patent No. 6,696,921, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communications System," issued February 24, 2004;

- U.S. Patent No. 6,636,733, titled "Wireless Messaging System," issued October 21, 2003;

- U.S. Patent No. 6,462,646, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communication System," issued October 8, 2002;

- U.S. Patent No. 6,459,360, titled "Paging Transceivers and Methods for Selectively Erasing Information," issued October 1, 2002;

- U.S. Patent No. 6,259,892, titled "Pager Transceivers and Methods for Performing Action on Information at Desired Times," issued July 10, 2001;

COMPLAINT - 4

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

- U.S. Patent No. 6,253,061, titled "Systems and Methods for Delivering Information to a Transmitting and Receiving Device," issued June 26, 2001;
- U.S. Patent No. 6,233,430, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued May 15, 2001;
- U.S. Patent No. 6,097,941, titled "User Interface for Voice Message Access," issued August 1, 2000;
- U.S. Patent No. 6,087,956, titled "Paging Transceivers and Methods for Selectively Erasing Information," issued July 11, 2000.

U.S. Patent Nos. 6,087,956, 6,233,430, 7,146,157, 7,280,838 and 7,376,432 are, collectively, the "Asserted Patents."

Helferich Patent Licensing, L.L.C. is also the exclusive licensee of a portfolio of patent applications naming Richard J. Helferich as inventor relating to wireless communication and messaging. The relevant pending applications include (collectively, the "Subject Applications"):

- U.S. Patent Application No. 12/167,971, titled "System and Method for Delivering Information to a Transmitting and Receiving Device;"
- U.S. Patent Application No. 11/635,781, titled "Paging Transceivers and Methods for Selectively Retrieving Messages;"
- U.S. Patent Application No. 11/598,832, titled "Systems and Methods for Downloading Information to a Mobile Device;"

COMPLAINT - 5

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

- U.S. Patent Application No. 11/598,202, titled "Wireless Messaging System;"
- Allowed U.S. Patent Application No. 11/399,513, titled "System and Method for Delivering Information to a Transmitting and Receiving Device;"
- U.S. Patent Application No. 11/105,441, titled "Systems and Methods for Adding Information to a Directory Stored in a Mobile Device;"
- U.S. Patent Application No. 10/958,731, titled "System and Method for Integrating Audio and Visual Messaging."

HPL is the exclusive licensee of all right, title and interest in the Subject Patents and Applications, including the right to sue for past damages.

5. Defendant ASUSTeK Computer Inc. is a corporation established under the laws of the Republic of China and based in Taiwan. ASUS Computer International is a corporation established under the laws of the State of California and based in Fremont, California, and is a wholly owned subsidiary of ASUSTeK Computer Inc.. ASUSTeK Computer Inc., including through its subsidiary ASUS Computer International, manufactures or sells wireless electronic devices such as cellular telephones, including selling or offering to sell such devices (including the accused devices) within this judicial district and by conducting other business within this judicial district or elsewhere in the United States that impacts this jurisdiction.

COMPLAINT - 6

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

6. Venue is appropriate in this District under 35 U.S.C. §§ 1391(c) and 1400(b), and personal jurisdiction is established, because both defendants reside in this district based upon acts of infringement in this district. Specifically, defendants have caused infringing devices to be sold in the Northern District of Illinois by delivering such devices into the stream of commerce with the expectation that they will be purchased by consumers herein, including but not limited to through defendants' established distribution relationship with ASI, an electronics distributor with an office in Itasca, Illinois, that sells or offers for sale infringing ASUS devices.

7. Within the United States, ASUS has manufactured, used, sold or offered for sale devices used for short message service ("SMS") messaging, web browsing, and multimedia (e.g., picture) messaging ("MMS") and covered by at least claims 44 and 46 of the '956 Patent, claims 19, 44 and 45 of the '430 Patent, claims 2 and 3 of the '157 Patent, claims 34 and 35 of the '838 Patent, and claims 1 and 8 of the '432 Patent, including, for example, the models known as J501, J502, M303, M307, M310, M530w, M930, P320, P505, P525, P526, P527, P535, P550, P735, P750, V55, V66, V75, V80, V88i, Z801, and Z810.

8. In the six-year period preceding the filing of this action, defendants have infringed the Asserted Patent in violation of 35 U.S.C. § 271 with resultant damage to HPL, in an amount to be proven at trial.

9. HPL gave written notice to ASUS of the Asserted Patents by letter dated April 11, 2008, which letter included a detailed explanation of the Asserted Patents and the manner in which they were infringed by exemplary ASUS products. In response to

COMPLAINT - 7

LAW OFFICES OF
STEVEN G. LISA, LTD.
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

HPL's notice letters and infringement assertions sent to other manufacturers of cellular phones, one major manufacturer of wireless electronic technology, LG Electronics, Inc., entered into a license agreement with HPL. HPL also offered to meet face to face with ASUS in America, Hawaii, Korea and Japan to address the issues raised by this Complaint, but ASUS refused. During several month's correspondence, ASUS never presented any substantive defense to HPL's allegation that ASUS infringed the Asserted Patents. ASUS' last communication to HPL was on July 8, 2008, at which time ASUS stated that further discussion was needed; however, ASUS did not accept HPL's subsequent invitations for telephonic or in person meetings to address any issues ASUS had. To date, no further response from ASUS has been received.

10. Thus, Defendants, with actual knowledge of the Asserted Patents and without lawful justification, willfully and deliberately infringed the Asserted Patents.

**WHEREFORE, HPL PRAYS FOR:**

(a) Judgment on the Complaint that Defendants have infringed, contributed to the infringement of, or actively induced others to infringe U.S. Patent Nos. 6,087,956, 6,233,430, 7,146,157, 7,280,838 and 7,376,432;

(b) A permanent injunction to be issued enjoining and restraining Defendants, and their officers, directors, agents, servants, employees, attorneys, licensees, successors, assigns, and those in active concert and participation with them, and each of them, from making, using, selling, offering for sale, or importing any products which fall within the scope of any or all claims of the Asserted Patents, and from inducing or contributing to the infringement of any such claims by others;

COMPLAINT - 8

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

(c)     An award of damages against Defendants adequate to compensate HPL for past infringement of the Asserted Patents, together with interest and costs as fixed by the Court, such damages to be trebled because of the willful and deliberate character of the infringement;

(d)     Judgment that this case is "exceptional" in the sense of 35 U.S.C. § 285, and that HPL is entitled to an award of its reasonable attorneys' fees in the prosecution of this action; and

(e)     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes a demand for a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedures as to all issues in this lawsuit.

RESPECTFULLY SUBMITTED this 1st day of October, 2008.

                VICTORIA GRUVER CURTIN, P.L.C..

                By:  */s/Victoria Curtin*
                      Victoria Curtin
                      Attorneys for Plaintiff

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357