Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, <br>     Plaintiff, <br><br> vs. <br><br> ASUSTEK COMPUTER INCORPORATED, a corporation of the Republic of China; and ASUS COMPUTER INTERNATIONAL, a California corporation, <br>     Defendants. | No. 1:08-cv-05605 <br> Hon. Ruben Castillo <br><br><br> STATUS REPORT |

Plaintiff Helferich Patent Licensing, L.L.C. ("HPL") and defendants ASUSTeK Computer Inc. and ASUS Computer International (hereinafter, collectively, "ASUS") have agreed to a resolution of this matter. The parties have finalized the documentation,

Status Report - 1

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

and are circulating it for signature.  Once the agreement is executed, HPL will dismiss this action with prejudice.  HPL anticipates that this will occur shortly.

Based on the foregoing, HPL respectfully requests that the Status Hearing set for this matter on Tuesday, November 19, 2008 at 9:45 a.m. be vacated.

RESPECTFULLY SUBMITTED this 13th day of November, 2008.

VICTORIA GRUVER CURTIN, P.L.C..


By: */s/Victoria Curtin*
    Victoria Curtin
    Attorneys for Plaintiff

Status Report - 2

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357